

P51024/A. Pakula

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
## PROBATION OFFICE

### MEMORANDUM



**TO:**       Jim Molinelli, Miscellaneous Clerk

**FROM:**    Adam Pakula, U. S. Probation Officer

**RE:**       Hall, Jermaine

**DATE:**    March 19, 2008


### ASSIGNMENT OF TRANSFER OF JURISDICTION

On October 27, 2005, the above-named individual was sentenced in the Middle District of Florida outlined in the attached J & C.

In March 2008, we received the Prob. 22's endorsed by the Honorable Harvey E. Schlesinger, U.S. District Court Judge, ordering Mr. Hall's transfer to the SD/NY. At this time, we are requesting that this case be assigned to a Judge in the SD/NY for acceptance of transfer of jurisdiction.

Your assistance in this matter is greatly appreciated. Should you have any questions, please feel free to contact the undersigned officer at (212) 805-5171

Respectfully submitted,

Chris J. Stanton
Chief U.S. Probation Officer

By: _____
Adam Pakula
U.S. Probation Officer

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC .
DATE FILED: